IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:09-cv-00084-RLV-DSC

| ESTES EXPRESS LINES, INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| CARPENTER DECORATING COMPANY, INC., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on Plaintiff Estes Express Lines, Inc.'s memorandum responding to the Court's Order denying its Motion for Default Judgment without prejudice.

**IT IS ORDERED** that Plaintiff be given leave to amend its Complaint and correct the several defects already noted by the Court. Plaintiff shall submit within one week of the date on which this Order is filed both its Second Amended Complaint and its renewed Motion for Default Judgment. Failure to comply with this Order may result in the case's dismissal.

Signed: July 10, 2013

Richard L. Voorhees
United States District Judge

1